# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-40731
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 15, 2018

Lyle W. Cayce
Clerk

RICARDO ADAME,

Plaintiff-Appellant

v.

REFUGIO COUNTY,

Defendant-Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:16-CV-139

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

Plaintiff-Appellant Ricardo Adame appeals from the judgment of the district court dismissing with prejudice Adame's action grounded in allegations of employment discrimination based on race. Adame, a hispanic American, claimed that he was fired so that he could be replaced by a "non-hispanic white" on the pretext of excessive absences.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

## No. 17-40731

We have reviewed the record on appeal, including the briefs of the parties, the extensive and replete Memorandum and Recommendation of the magistrate judge to whom this matter was referred by the district court, and that court's detailed order adopting said Memorandum and Recommendation and dismissing Adame's action with prejudice. Our review satisfies us that such dismissal was eminently correct and free of error.

For essentially the same reasons set forth by the magistrate judge and the district court, that court's dismissal of Adame's action with prejudice is,

AFFIRMED.